

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-19-00041-CR

**IN RE** Jose **MEDINA**,
Appellant

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CR-1086-W1
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Relator filed a motion for extension of time to file a motion for rehearing. The motion is hereby GRANTED. Time is extended until April 8, 2019.

It is so **ORDERED** on February 21, 2019

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court